UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07-00124 |
| | ) | |
| ANTHONY LABRON DAVIS | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for New Trial filed by Defendant Anthony Labron Davis (Docket No. 233) is hereby DENIED, as is his request for the appointment of counsel contained in that Motion. Defendant's Motion for Clarification (Docket No. 244) is also DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE